JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN R. GAMBEE, an individual, ) | Case No. CV 17-9038-GW(SSx) |
| Plaintiffs, ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| JET BLUE AIRWAYS ) CORPORATION, a foreign corporation, ) ABM AVIATION, INC, a foreign ) corporation, and DOES 1 to 10 ) inclusive, ) | |
| Defendants. ) | |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV 17-9038-GW(SSx) is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: May 8, 2018

_George H. Wu_

GEORGE H. WU, U.S. District Judge